ACCEPTED
03-15-00516-CV
7525114
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 5:16:25 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00516-CV

In the Court of Appeals
For the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 5:16:25 PM
JEFFREY D. KYLE
Clerk

## CANTU ENTERPRISES, LLC

*Appellant,*

**v.**

## GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS

*Appellees.*

ON APPEAL FROM THE 353RD DISTRICT COURT, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-13-004369

## APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

RYAN LAW FIRM, LLP
Doug Sigel
Texas Bar No. 18347650
100 Congress Avenue, Suite 950
Austin, Texas 78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601

*Counsel for Cantu Enterprises, LLC*

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant, Cantu Enterprises, LLC ("Cantu") files this Second Unopposed Motion for Extension of Time to File Appellant's Brief.

The Appellant's Brief is currently due on **November 12, 2015**.

Counsel for Cantu requests a 30-day extension of time to file the Appellant's Brief, making the brief due on **December 14, 2015**. This is the second request for extension of time to file the Appellant's Brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

• The undersigned counsel will be traveling out-of-state to attend and speak at a conference for the National Association of State Bar Tax Sections from October 29, 2015 through October 31, 2015.

• The undersigned counsel is preparing a post-hearing brief for the case styled *J. Edwards Jewelry Distributing, L.L.C. v. Texas Comptroller of Public Accounts*; SOAH Docket No. 111,708; before the State Office of Administrative Hearings, which is due to be filed on November 2, 2015. A post-hearing reply brief is also due to be filed on November 10, 2015.

• The undersigned counsel is preparing for a hearing on multiple motions in the case styled *Alamo National Building Management, LP v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*; Cause No. D-1-GN-15-000802; in the 126th Judicial District Court of Travis County, Texas, scheduled for November 10, 2015.

• The undersigned counsel is preparing for oral argument in *Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas v. CheckFree Services Corporation*, Case No. 14-15-00027-CV, in the Fourteenth Court of Appeals, scheduled to be held on November 12, 2015.

• The undersigned counsel is preparing an Appellant's Reply Brief in *Duke Realty Limited Partnership and Huffmeister Development v. Harris County Appraisal District*, No. 14-15-00543-CV, in the Fourteenth Court of Appeals, which is expected to be due to be filed on November 16, 2015.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. Given the other time commitments imposed on counsel, it will not be possible to prepare the Appellant's Brief by November 12, 2015. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with Shannon Ryman, counsel for the Appellees, and she has indicated that she does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Second Unopposed Motion for Extension of Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to and including **December 14, 2015**. Appellant requests all other relief to which it may be entitled.

Respectfully submitted,


 /s/ Doug Sigel
Doug Sigel
Texas Bar No. 18347650
Doug.Sigel@RyanLawLLP.com
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601

*Counsel for Cantu Enterprises, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that the undersigned conferred with opposing counsel, Shannon Ryman, on October 22, 2015, and Ms. Ryman is not opposed to this motion.

/s/ Doug Sigel
Doug Sigel


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appellant's Second Unopposed Motion for Extension of Time to File Appellant's Brief was served on Appellees, through counsel of record, Shannon Ryman, Office of the Attorney General, Financial Litigation, Tax & Charitable Trusts Division, William P. Clements Building, 300 W. 15th Street, 6th Floor, MC 017, Austin, Texas 78701, Shannon.Ryman@texas attorneygeneral.gov by electronic mail and electronic service on October 23, 2015.

/s/ Doug Sigel
Doug Sigel